UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HATEM F. KHATER,**<br><br>*Plaintiff,*<br><br>v.<br><br>**PUZINO DAIRY, INC. and CRAIG PUZINO,**<br><br>*Defendants.* | **Civil Action No. 14-4618**<br><br>**ORDER** |

**THIS MATTER** having come before this Court by way of (1) Plaintiff Hatem Khater's ("Plaintiff") Motion for Default Judgment against Defendants Puzino Dairy, Inc. and Craig Puzino ("Defendants") [Dkt. No. 27] and (2) the Report and Recommendation of Magistrate Judge Michael Hammer recommending denial of Defendants' motion [Dkt. No. 32];

and it appearing that Plaintiff had, at the time he filed his motion for default judgment, failed properly to serve Defendants;

and it further appearing that following submission of the pending motion for default judgment, Plaintiff has again attempted to serve Defendant Craig Puzino, see Dkt. No. 35;

and the Court having considered the Report and Recommendation, which it hereby adopts in its entirety;

**IT IS** on this 12th day of August, 2015,

**ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED** without prejudice; and it is further

**ORDERED** that Plaintiff may renew his motion after effecting service and receiving entry of default.

1

/s/ *Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**