<u>**CLOSING**</u>

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| HATEM KHATER,<br><br>*Plaintiff*,<br><br>v.<br><br>PUZINO DAIRY INC. and CRAIG PUZINO,<br><br>*Defendants*. | Civil Action No. 14-4618<br><br>ORDER |

This matter having come before the Court by way of Plaintiff Hatem F. Khater's Motion for Default Judgment, Dkt. No. 43;

and for the reasons stated in the accompanying Opinion;

**IT IS**, on this 27th day of May, 2016,

**ORDERED** that Plaintiff's motion is **DENIED**; and it is further

**ORDERED** that this case is **CLOSED**.

/s/ *Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
UNITED STATES DISTRICT JUDGE